473 A.2d 692

Commonwealth v. Hohn, Appellant.

Submitted September 30, 1983.  David G. Metinko, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Judgment of sentence affirmed.